UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROLAND MIRANDA and | ) | Case No. 11-40464 |
| PENNY MIRANDA, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER**

COMES NOW Debtors and Chapter 13 Trustee David A. Rosenthal, on the above-captioned Chapter 13 case and show the Court that on June 13, 2011, the Debtors filed a Chapter 13 Plan.

The Debtors and the Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby Agreed and Stipulated by and between the Debtors and the Trustee that said Plan be modified as follows:

1. Debtors shall pay the reduced total monthly sum of $1,750.00 by wage assignment/order;

2. Debtors' Plan shall provide for the payment of 100% of unsecured claims;

And the Court having examined said stipulated modification of the Plan, and being advised in the premises finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or affect the feasibility of the Plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

SO ORDERED.

Dated:_____                BY THE COURT


                                            _____
                                            Judge, U.S. Bankruptcy Court

EXAMINED AND APPROVED:


___/s/ *Minh C. Wai, Esq.*_____
Attorney for Debtor(s)



___/s/ David A. Rosenthal_____
Trustee Rosenthal


Distribution:
Debtors, Attorney for Debtors
Trsutee Rosenthal, US Trustee