UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| ROLAND MIRANDA | )   Case No.: 11-40464 |
| PENNY MIRANDA | )   Chapter 13 |
| | ) |
| **Debtors** | ) |

## OBJECTION TO CLAIM

Comes now Minh C. Wai, Esq., counsel for Debtors herein, and objects to the claim of CitiMortgage, Inc., Claim No. 9, filed November 14, 2011, and in support thereof states:

1. Upon information and belief, CitiMortgage failed to mitigate its claim by intentionally refusing to accept payments from Debtors.

2. Upon information and belief, CitiMortgage has improperly and incorrectly calculated its claimed arrearage and late charges by improperly giving credit to Debtors' prior payments and refusing to accept payments from Debtors.

**Wherefore,** Debtors pray for an Order disallowing said claim No. 9, filed by CitiMortgage, Inc., on November 14, 2011, and for all other appropriate relief.

/s/ Minh C. Wai, Esq.
Minh C. Wai, Attorney for Debtors
Indiana Atty. No. 22780-45
260 E. 90th Drive
Merrillville, IN 46410

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee
Chapter 13 Trustee Rosenthal

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

CitiMortgage, Inc., P.O. Box 140609, Irving TX 75014-5636

/s/ Minh C. Wai, Esq.
Minh C. Wai, Esq.