UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| ROLAND MIRANDA | ) | Case No.: 11-40464 |
| PENNY MIRANDA | ) | Chapter 13 |
| | ) | |
| **Debtors** | ) | |

NOTICE OF OBJECTION TO CLAIM

To:   CitiMortgage, Inc., P.O. Box 140609, Irving TX 75014-5636

Debtors have filed an objection to your claim in this bankruptcy case.  A copy of the objection accompanies this notice.

**As a result of the objection,** *your claim may be reduced, modified or eliminated*. **You should read these papers carefully and discuss them with your attorney.**

If you do not want the court to eliminate or change your claim, then within thirty (30) days of the date of this notice you or your attorney must:

1.  File with the court a written response to the objection, explaining your position, at:

United States Bankruptcy Court, P.O. Box 558, Lafayette, IN 47902-0558

If you mail your response to the court, you must mail it early enough so that it will be **received** within the time required.

2.  You must also mail a copy of your response to:

Minh C. Wai, Esq., 260 E. 90th Drive, Merrillville, IN 46410

Trustee David A. Rosenthal, 408 Main Street, P.O. Box 505, Lafayette IN 47902

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: November 21, 2011                    By: /s/ Minh C. Wai, Esq.
                                               Minh C. Wai, Esq.
                                               260 E. 90th Drive
                                               Merrillville, IN 46410

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2011, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

    U.S. Trustee
    Chapter 13 Trustee Rosenthal

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

    CitiMortgage, Inc., P.O. Box 140609, Irving TX 75014-5636

                                          /s/ Minh C. Wai, Esq.
                                          Minh C. Wai, Esq.