# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Roland Miranda | : | Case No.: 11-40464 |
| Penny Marie Miranda | : | Chapter 13 |
| | : | Chief Judge Robert E. Grant |
| Debtor. | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Sarah E. Willms and enters her appearance as counsel for Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9, its successor and assigns ("Creditor"), by and through its mortgage servicing agent Selene Finance, in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Sarah E. Willms
    Sarah E. Willms (28840-64)
    James E. Tebbutt (93510)
    Cari A. Kauffman (6301778)
    Stacey A. O'Stafy (0070386)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    614-220-5611; Fax: 614-627-8181
    Attorney for Creditor
    The case attorney for this file is Sarah E. Willms.
    Contact email is sew@manleydeas.com

14-014931_CTW

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

Nancy Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349
574-236-8105

David Rosenthal
408 Main Street
P.O. Box 505
Layfayette, IN 47902
dar@nlci.com

Minh C. Wai
Attorney for Roland Miranda and Penny Marie Miranda
Law Offices of Minh C. Wai, P.C.
260 E. 90th Drive
Merrillville, IN 46410
minh_wai@sbcglobal.net

The below listed parties were served via regular U.S. Mail, postage prepaid on June 11, 2014:

Roland Miranda
Penny Marie Miranda
P.O. Box 256
Demotte, IN 46310

Roland Miranda
Penny Marie Miranda
806 Begonia St Se
Demotte, IN 46310

/s/ Sarah E. Willms

14-014931_CTW